IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN CHICHOWSKI,

    Plaintiff,

vs.

ALEJANDRO MAYORKAS,
SECRETARY, UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY, FEDERAL EMERGENCY
MANAGEMENT AGENCY,

    Defendant.

CASE NO. 4:23-cv-____-____

**<u>VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

PLAINTIFF JOHN CHICHOWSKI (hereinafter "Plaintiff" or "CHICHOWSKI"), by and through his undersigned counsel, files this Verified Complaint and Demand for Jury Trial against Defendant ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY (hereinafter "FEMA") and states:

## JURISDICTION

1.     The venue of this action is properly placed in the United States District Court for the Northern District of Florida, Tallahassee Division, pursuant to 28 U.S.C. § 1391(c). At all times relevant, CHICHOWSKI was employed by FEMA. CHICHOWSKI invokes this Court's jurisdiction under 28 U.S.C. § 1343 on grounds that this action arises under 29 U.S.C. § 621, *et seq.*

## PARTIES

2.     The Plaintiff is JOHN CHICHOWSKI, an 83-year old, male citizen of the United States, whose date of birth is June 18, 1939, and who resides in Jefferson County, Florida. At all times pertinent, he was employed at the U.S. Department of Homeland Security, Federal Emergency Management Agency in the Information Technology Reservist Program.

3.     The Defendant is Alejandro Mayorkas, Secretary, United States Department of Homeland Security, Federal Emergency Management Agency (hereinafter "FEMA"), and was CHICHOWSKI's employer within the meaning of 29 U.S.C. § 621, *et seq.*

2

## ADMINISTRATIVE REMEDIES

4.     On April 9, 2020, CHICHOWSKI's formal Complaint of Discrimination and disparate treatment based on age was filed against FEMA, Agency Case No. HS-FEMA-01375-2020

5.     On June 29, 2020, FEMA notified CHICHOWSKI of the conclusion of EEO counseling and of CHICHOWSKI's right to file a formal complaint.

6.     On June 30, 2020, CHICHOWSKI filed a formal complaint in FEMA Agency Case No. HS-FEMA-01375-2020.

7.     On May 28, 2021, FEMA forwarded CHICHOWSKI a copy of the Investigative File, providing CHICHOWSKI with notice of his right to request a hearing before an EEO Administrative Judge or, alternatively, to receive a Final Agency Decision (FAD).

8.     On July 12, 2021, the Office of Civil Rights and Civil Liberties (CRCL) received FEMA's FAD request based on CHICHOWSKI's failure to make an election.  On November 1, 2022, CHICHOWSKI received the FAD

and Plaintiff must file his age discrimination complaint in this Court within ninety (90) days, or February 1, 2023.  See, 29 U.S.C. §§ 626(c) and 633A(c).

## STATEMENT OF FACTS

9. During the relevant time period, FEMA employed CHICHOWSKI as an Information Technology (IT) Specialist, Reservist, at FEMA's Office of the Chief Information Officer in Washington, D.C.

10. On February 20, 2020, the Information Technology Reservist Program Manager (IT-RPM) issued a Notice of Termination of Appointment to CHICHOWSKI based on failure to maintain the Conditions of Employment (COE). The IT-RPM explained that on June 29, June 26, July 15, and September 7, 2019, CHICHOWSKI declined deployment assignments.

11. The IT-RPM stated Deployment Support contacted CHICHOWSKI, but CHICHOWSKI failed to respond within the 24-hour calling period, which the Agency considered a refusal to deploy. The IT-RPM stated CHICHOWSKI failed to satisfy the conditions of employment by declining deployment three or more times within one calendar year while listed as available in Deployment Tracking System (DTS).

4

12. The IT-RPM explained CHICHOWSKI's appointment in the Reservist Program was contingent upon his adherence to the COE that he signed on March 3, 2016, and that CHICHOWSKI was expected to remain available to deploy on 24-hour notice at all times during the appointment unless on pre-approved Reservist Leave granted by his Reservist Program Manager. The IT_RPM noted Agency records showed CHICHOWSKI was not on any pre-approved leave on the above four dates. The IT-RPM stated that per the requirements stated in the COE, CHICHOWSKI was aware that three declinations within a calendar year, without a reasonable cause, could subject him to termination. All four of the assignments occurred after CHICHOWSKI's 80th birthday on June 19, 2019.

13. CHICHOWSKI never declined any of these four deployment assignments. CHICHOWSKI received an email informing him that these four deployment assignments were declined by someone at Deployment Support declined these four assignments on his behalf.

14. According to a Standard Form 50, Notification of Personnel Action, effective February 10, 2020, CHICHOWSKI's employment was terminated.

15. IT-RPM records, which falsely state CHICHOWSKI declined employment assignments of June 26, 2019, June 19, 2019, July 15, 2019, and September 7, 2019, are contradicted by IT-RPM records which show that CHICHOWSKI did not decline these employment assignments. The decision to terminate the plaintiff on February 10, 2020, was based on a pretext to justify terminating CHICHOWSKI's employment because of his age, as there are no other reasons to terminate his employment.

## COUNT I
### AGE DISCRIMINATION IN VIOLATION OF ADEA, 29 U.S.C. § 621 *et seq*

16. The allegations contained in paragraphs 9 through 15, above, are incorporated by reference, as if set forth fully herein.

17. This is a Complaint for discrimination based upon age by CHICHOWSKI against the Defendant, FEMA, as his employer, in violation of the ADEA .

18. The disparate treatment, described herein, was because of CHICHOWSKI'S age. FEMA and/or its agents intentionally sought to treat CHICHOWSKI differently than younger employees.

19. FEMA and/or its agents engaged in discriminatory acts with malice or with reckless indifference to CHICHOWSKI'S federally-protected rights. FEMA's discriminatory practice has effected the term and conditions of CHICHOWSKI'S employment.

20. As a direct and proximate result of these violations of his rights, CHICHOWSKI further alleges that he has suffered and will continue to suffer economic damages and is entitled to compensatory damages including, but not limited to: Loss of income, emotional distress, mental anguish, pain and suffering, loss of the capacity for enjoyment of life, humiliation, loss of dignity, injury to reputation and loss of savings.

21. As a result of the discriminatory actions of FEMA and/or its agents, CHICHOWSKI has been forced to hire an attorney to protect his rights and, as such, is entitled to recover reasonable attorney fees and costs for bringing this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, JOHN CHICHOWSKI, respectfully demands judgment against Defendant, ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, and requests this Honorable Court for an entry of an Order making CHICHOWSKI whole, by awarding him the following relief:

A. Back pay in an amount to be determined at trial;

B. Liquidated damages in an amount to be determined at trial for intentional violation of the Age Discrimination in Employment Act;

C. Front pay in an amount this Court deems reasonable, or alternatively ordering FEMA to reinstate CHICHOWSKI to his former position or a comparable position;

D. All attorney fees and costs of this action.

E. Any such other and further relief as this Court deems just and equitable.

CHICHOWSKI respectfully requests a trial by jury.

## VERIFICATION

I affirm under penalty of perjury that the foregoing document is true and correct to the best of my personal knowledge, information, and belief.

John Chichowski
_____
JOHN CHICHOWSKI


Respectfully submitted,

*/s/ Gary Lee Printy*
_____
GARY LEE PRINTY
FL BAR ID NO. 363014
GARY LEE PRINTY ATTORNEY AT LAW
1804 Miccosukee Commons Dr., Ste. 200
Tallahassee, Florida 32308-5471
Telephone: (850) 877-7299
Fax: (850) 877-2211
Email: attygaryprinty@gmail.com

Attorney for Plaintiff,
JOHN CHICHOWSKI